UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA M MIRKA,

              Plaintiff,

    v.

CLALLAM COUNTY SHERIFF'S DEPT,
BILL BENEDICT, KAYLENE ZELLAR,

              Defendant.

CASE NO. C14-5173 RBL-JRC

ORDER

      The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion to dismiss this action for failure to perfect service within 120 days of filing is DENIED. Pursuant to Fed. R. Civ. P. 12(a)(4)(A) defendants have fourteen days from entry of this order to file an answer.

      DATED this 20th day of February, 2015.

                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

ORDER - 1